## CHAPTER 11 PROCEEDING MEMO
## AND MINUTES OF TELEPHONIC §341 MEETING
## DATE:  January 17, 2024 @ 1:30 p.m.

In re:   Short Fork Development LLC                           Case no. 23-13660

    Debtor(s)                                                                                Chapter 11

1. Name of attorney(s) for trustee: <u>Craig M. Geno, Esq.</u>

2. Has attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? _X__ Yes _____No

2. Appearances:    (  ) Debtor
   - (X ) Debtor's representatives, <u>Guy B. Hendrix, Sr. and Burke Hendrix, Jr.</u>
   - (X ) Attorney(s) for Debtor <u>Craig M. Geno, Esq.</u>
   - (X ) Creditor(s): (See attached appearance sheet)
   - (X ) Subchapter V Trustee, <u>Robert Byrd, Esq.</u>

4. Debtor(s) examined under oath or affirmation by:
   (  ) Attorney for debtor        (X) Creditors
   (X) UST designee                 (  ) Others Subchapter V Trustee

5. Debtor(s) required to _(See additional notes & comments.)

6. Fifth amendment invoked? _____ Yes   _X_ No.

7. Meeting adjourned (X) Yes (  ) No.

Additional notes and/or comments:

<u>   The debtor is to amend the following schedules: Sched A/B, #55.1 to 74.1 acres and its applicable value; Sched D, 2.1 should include reference to the 74.1 acres as collateral and owned by the debtor; Sched G, 2.1 to include marketing agreements with builder(s) and debtor's obligation under bond to county; Sched H to include other entities obligated on debt to Guaranty Bank; SOFA, #13 should include general information re the sale of lots; #26(b) should include Sandra Hendrix compilation of financial info to banks; #26(c) should include Sandra Hendrix and Williams, Pitts & Beard, accting firm if applic; #26(d) should include Guaranty Bank as a financial institution receiving a financial statement.   Amds should be filed no later than 20 days from meeting date; debtor agreed to provide UST a copy of the marketing agreements and a copy of the signature cards on the Regions Bank DIP Account and original voided check by 1/31/24.  Written notification to UST re insurance companies refusal to add UST as party of notice to the policies by 1/31/24.</u>.

Tape #_____ Side_____                               */s/ Sammye S. Tharp*
Counter #_____                               Presiding Officer