# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In re:  Short Fork Development, LLC                Case no.   23-13660

Debtor(s) In Possession                              Chapter 11

## 341(a) APPEARANCE SHEET

341(a) Location: Telephonically UST Meet Me Line
DATE: January 17, 2024
TIME: 1:30 PM
U.S. TRUSTEE REPRESENTATIVE:  Sammye S. Tharp, Trial Attorney
                              U.S. Trustee, Region 5

| Name (Creditor) (Print Legibly) | Attorney or Representative (Print Legibly) | Signature |
|---|---|---|
|  |  |  |
| Guaranty Bank & Trust Co. | Jim Spencer, Esq. |  |
|  | Erin McManus, Esq. |  |
| Williams, Pitts & Beard | Roxie Norris |  |
|  | Danny Williams |  |