**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | SHORT FORK DEVELOPMENT, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 23-13660-JDW |

### AGREED ORDER

THIS CAUSE is before the Court on the *Motion to Continue Hearing* (the "Motion") **[DK #73]** filed herein by Short Fork Development, LLC (the "Debtor"), and the Court having considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion to Continue Hearing* is hereby granted.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that the hearing on the *Motion for a Determination that Short Fork Development, LLC is a Single Asset Real Estate Debtor* **[DK #51]** filed herein by Guaranty Bank & Trust Company currently scheduled for February 21, 2024, is hereby continued to **March 27, 2024, commencing at 10:30 a.m.**, in Oxford, Mississippi.

## END OF ORDER ##

APPROVED AND AGREED:

*(signature)*
Craig M. Geno
Counsel for Short Fork Development, LLC


/s/ *Jim F. Spencer, Jr.*    [WITH PERMISSION]
Jim F. Spencer, Jr.
Counsel for Guaranty Bank & Trust Company


SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Short Fork Development, LLC\Pleadings\AO - Mot to Continue Hrg re GB&T's Mot to Determine SARE 1-31-24.wpd