**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | | | |
| Short Fork Development, LLC | ) | **Case No:** | 23-13660-JDW |
| | ) | | |
| **Debtor(s).** | ) | **Chapter:** | 11 |

### ORDER VACATING ORDER GRANTING MOTION TO EXTEND/LIMIT EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN

WHEREAS, an Order Granting Motion to Extend/Limit Exclusivity Period for Filing a Chapter 11 Plan (the "Order") (Dkt. # 173) has been entered as a result of an administrative error; and

WHEREAS, the Order should be vacated; it is

ORDERED that the Order is hereby vacated.

##END OF ORDER##