**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **SHORT FORK** | ) | | |
| **DEVELOPMENT, LLC** | ) | **Case No.:** | **23-13660-JDW** |
| | ) | | |
| **Debtor.** | ) | **Chapter:** | **11** |

## ORDER DENYING MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AS MOOT (DKT. # 140)

This matter is before the Court on the Debtor's *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan* (the "Motion") (Dkt. # 140). The automatic stay is to be lifted on the sole asset of the debtor and there is no plan to be filed, rendering the *Motion* moot. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the *Motion* (Dkt. # 140) is **DENIED** as moot.

**##END OF ORDER##**