CM/ECF oiextsty
(Rev. 09/14/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Short Fork Development, LLC<br>　　　　Debtor(s) | ) ) ) ) ) | Case No.: 23–13660–JDW<br>Chapter: 11<br>Judge: Jason D. Woodard |

Re:　*185* – Motion for Relief from Stay ., in addition to Motion to Abandon . Filed by Jim F. Spencer Jr. on behalf of Guaranty Bank and Trust Company. (Attachments: # 1 Exhibit Proof of Claim) (Spencer, Jim)

　　　(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

　　Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

　　IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 9/26/24

　　　　　　　　　　　　　　　　　　　　Jason D. Woodard
　　　　　　　　　　　　　　　　　　　　Judge, U.S. Bankruptcy Court